UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHY A. DREHER,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | NO:  13-CV-0029-TOR<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 23).  Pursuant to the parties' stipulation, the motion is granted.

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 23) is **GRANTED**. This case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will further develop the record with a de novo hearing and a new decision, and Plaintiff may raise any issue.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Specifically, the ALJ will (1) update the treatment evidence on Plaintiff's medical condition; (2) expressly evaluate the treating, examining, and non-examining medical source opinions in the updated record and explain the reasons for the weight he gives to this opinion evidence; (3) further consider Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessment; (4) further evaluate whether Plaintiff can perform the physical and mental demands of her past relevant work as she actually performed this work or as generally performed in the national economy; and (5) continue the sequential evaluation, if necessary.

2. All pending motions are **DENIED as moot**.

3. Upon proper presentation, the Court will consider an application for attorney's fees and costs pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

4. The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** October 18, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2